# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **OSCAR LUIS RODRIGUEZ TOLEDO**
**MILAGROS LOPEZ RODRIGUEZ**

Bkrtcy. No. 11-06734-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Aug 10, 2011 | Meeting Date: Sep 21, 2011 | DC Track No. 4 |
| Days from petition date: 181 | Meeting Time: 1:00 PM | |
| 910 Days before Petition: 2/11/2009 | ☐ Chapter 13 Plan Date: Aug 10, 2011 Dkt.#2 | ☐ Amended. |
| This is debtor(s) — Bankruptcy petition. | Plan Base: $13,500.00 | |
| This is the — Scheduled Meeting | Confirmation Hearing Date: Nov 02, 2011 | Time: 2:00 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $225.00 |
|---|---|---|---|---|

**I. Appearances:** ☐ Telephone ☐ Video Conference      ☐ Creditor(s) present:  ☒ None.

- ☒ Debtor Present       ☐ ID & Soc. OK       ☐ Debtor Absent
- ☐ Joint Debtor Present    ☐ ID & Soc. OK       ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined  ☒ Not Examined under oath.
- Attorney for Debtor(s) ☐ Present ☒ Not Present
- ☐ Substitute attorney:                            ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: **ROBERTO FIGUEROA CARRASQUILL***
Total Agreed: $3,000.00    Paid Pre-Petition: $226.00    Outstanding: $2,774.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.   Liquidation Value: TBD
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS **Plan confirmation.**

§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for: Feb 07, 2012 at 1:00 PM

**V. Trustee's OBJECTIONS to Confirmation:**

- ☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

_____
_____
_____
_____

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Sep 21, 2011