```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| IN RE:<br>OSCAR LUIS RODRIGUEZ TOLEDO<br>MILAGROS LOPEZ RODRIGUEZ<br><br>DEBTOR (S) | CASE NO. 11-06734-ESL<br><br>CHAPTER 13 |
|---|---|

AMENDED NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Wed Sep 21, 2011 at 9:00 am has been continued to Wed Nov 23, 2011 at 8:00 pm at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Wednesday, October 19, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

| | |
|---|---|
| 11-06734-ESL | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | OSCAR LUIS RODRIGUEZ TOLEDO<br>RR 02 BOX 6277<br>CIDRA, PR 00739 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUS, MO 63195-3185 |
| LIBERTY CABLEVISION-PR<br>PO BOX 8759<br>CAGUAS, PR 00726-8759 | NATIONWIDE CREDIT SERVICE LLC<br>PO BOX 1787<br>LONGVIEW, WA 98632 |
| SELF EMPLOYEER<br>, PR 00000 | SILVESTRINI LAW OFFICE<br>PO BOX 330607<br>PONCE, PR 00733-0607 |
| DATED: October 19, 2011 | OLGA SOSA<br>OFFICE OF THE CHAPTER 13 TRUSTEE |